**Order filed March 26, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00149-CV**
_____

**JAROD  HARMON, Appellant**

**V.**

**PILGRIM WEST LLC & J.R. KELLOUGH, PESIDENT, Appellees**

---

**On Appeal from County Court at Law No. 1 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI58889**

---

## O R D E R

The notice of appeal in this case was filed February 20, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee of $205.00 to the clerk of this court on or before **April 5, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM